**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

HENRY A WILLIAMS,　　　　　　　　　　　　　　　　　　　　　　　　　PETITIONER
Reg. #19967-076

V.　　　　　　　　　　　　　　No. 2:10CV00169 JLH-JJV

T. C. OUTLAW,　　　　　　　　　　　　　　　　　　　　　　　　　　　　RESPONDENT
Warden, FCI-Forrest City

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Williams' Petition (Doc. No. 2) is DISMISSED without prejudice. The requested relief is denied and any pending motions are denied as moot.

DATED this 24th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE