**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

HENRY A WILLIAMS,                                                                                    PETITIONER
Reg. #19967-076

V.                                           No. 2:10CV00169 JLH-JJV

T. C. OUTLAW,                                                                                        RESPONDENT
Warden, FCI-Forrest City

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 24th day of February, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE